PER CURIAM.
Reversed. See State v. Hill, 585 So.2d 504 (Fla. 3d DCA 1991); State v. Baumgardner, 587 So.2d 1147 (Fla. 4th DCA 1991); State v. Vola, 1991 WL 164426, 16 F.L.W. 2246 (Fla. 4th DCA Aug. 28, 1991); State v. Greisdorf, 587 So.2d 1153 (Fla. 4th DCA 1991); State v. Scates, 585 So.2d 385 (Fla. 4th DCA 1991); State v. Liataud, 587 So.2d 1155, 16 F.L.W. 2245 (Fla. 4th DCA 1991); State v. Padron, 580 So.2d 903 (Fla. 3d DCA 1991); State v. Lane, 582 So.2d 77 *1098 (Fla. 4th DCA 1991); State v. Baez-Acuna, 559 So.2d 1298 (Fla. 3d DCA 1990).
GLICKSTEIN, C.J., and WARNER and GARRETT, JJ., concur.